**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

**In re: K & M Broadcasting, Inc d/b/a KDWA** **CASE NO. 26-31547**

**Debtor.** **CHAPTER 11**

---

## OBJECTION TO CONFIRMATION BY SUBCHAPTER V TRUSTEE

---

1. Steven B. Nosek, in his capacity as the Subchapter V Trustee, appointed in the above-referenced case ("Trustee"), objects to confirmation of the First Modified Plan of Reorganization, Doc. 73 ("Plan") filed by the debtor, **K & M Broadcasting, Inc d/b/a KDWA** ("Debtor").

2. This objection is filed pursuant to Fed. R. Bankr. P. 3015(f) and Local Rule 3020-1(a). This Court has jurisdiction over this matter under 28 U.S.C. §§157 and 1334, and 11 U.S.C. § 1129 and applicable rules. This proceeding is a core proceeding.

3. The voluntary petition commencing this chapter 11 case was filed on May 11, 2026. The hearing on confirmation of the Plan is scheduled for Tuesday September 29, 2026 at 10:00 am. The case is still pending in this Court.

4. The Trustee objects to confirmation as set forth below.

5. **Unpaid Chapter 11 fees owing to the Trustee.** The Debtor has not paid the administrative fees owing to the Trustee as allowed pursuant to the following: The unpaid administrative claim of the Trustee is the sum of $4,107.20, computed as follows:

| Description | Amount |
|---|---|
| Fees and expenses as per order dated 8/12/26, Doc. 71 | $2,160.00 |
| Fees and expenses as per fee application filed 9/3/26, Doc 77, Order to be entered on or after 9/25/26 | $1,947.20 |
| Total | $4,107.20 |

6. The fees and expenses set forth above include the fees and expenses through and

including August 31, 2026. The Trustee will also have fees and expenses after August 31, 2026. 11 U.S.C. §1129 (a)(9)(A) requires that the Debtor pay all administrative expenses.

**WHEREFORE,** Trustee requests the Court enter an order denying confirmation or continue the hearing on confirmation, pending a resolution of the objection set forth in this objection.

**STEVEN B. NOSEK, P.A.**

Dated: September 22, 2026.

s/ *Steven B. Nosek*

Steven B. Nosek, Subchapter V Trustee
Attorney Bar No. 79960
10285 Yellow Circle Drive
Hopkins, MN 55343
(612) 335-9171
snosek@noseklawfirm.com

## VERIFICATION

I, Steven B. Nosek, Subchapter V Trustee, named in the foregoing document, declares under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: September 22, 2026. s/ *Steven B. Nosek*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

**In re: K & M Broadcasting, Inc d/b/a KDWA** **CASE NO. 26-31547**

**Debtor.** **CHAPTER 11**

---

**MEMORANDUM IN SUPPORT OF OBJECTION TO CONFIRMATION BY SUBCHAPTER V TRUSTEE**

---

This memorandum is submitted in support of the Objection to Confirmation filed by the SubV Trustee.

**Requirement to pay administrative expenses**. 11 U.S.C. §1129 (a)(9)(A) requires that the Debtor to pay administrative expenses:

> ***(9)*** *Except to the extent that the holder of a particular claim has agreed to a different treatment of such claim, the plan provides that—*
> ***(A)****with respect to a claim of a kind specified in section 507(a)(2) or 507(a)(3) of this title, on the effective date of the plan, the holder of such claim will receive on account of such claim cash equal to the allowed amount of such claim*;

The Plan at page 4 provides for the payment of Professional fees in 2027, 2028 and 2029 as per the following language:

> *The Debtor shall pay any Allowed professional fees and expenses (a) as set forth in* ***Exhibit B*** *or (b) as agreed by the holder of such claim.*

Exhibit B is a cash flow which lists payments to the Attorney and Trustee of $12,000 in 2027, $3,000 in 2028 and $3,000 in 2029.

**I do not agree to receive payment of my fees in 2027, 2028, and 2029.**

Contrary to 11 U.S.C. §1129 (a)(9)(A), and the proposed plan provisions, the Trustee has not received payment for the Court authorized fees and expenses.

**False Statement on August Monthly Operating Report.** The Debtor also falsely and

incorrectly filed a monthly Operating Report for August 2026 and stated it had no payables owing to any party.

**STEVEN B. NOSEK, P.A.**

Dated: September 22, 2026.

s/ *Steven B. Nosek*

Steven B. Nosek, Subchapter V Trustee
Attorney Bar No. 79960
10285 Yellow Circle Drive
Hopkins, MN 55343
(612) 335-9171
snosek@noseklawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

**In re: K & M Broadcasting, Inc d/b/a KDWA** **CASE NO. 26-31547**

**Debtor.** **CHAPTER 11**

---

–

**ORDER**

---

This matter came before the Court for confirmation of the Chapter 11 plan of reorganization of the debtor. Based on the files and records,

**IT IS ORDERED**, that confirmation of the Chapter 11 plan of the debtor is denied.

Dated:

________________________________
Mychal A. Bruggeman
United States Bankruptcy Judge